22-mj-1353-DLC

# AFFIDAVIT OF GERARD FERNANDEZ

I, Deputy U.S. Marshal Gerard Fernandez, depose and state as follows:

## INTRODUCTION

1. I am a Deputy U.S. Marshal with the U.S. Marshals Service ("USMS"), where I have been employed for approximately six years. I am currently assigned to the Investigations Unit of the USMS in Boston, MA, where my primary responsibility is the apprehension of state and federal fugitives. I also work fugitive investigations with the USMS Fugitive Task Force, which includes members of local, state, and federal law enforcement agencies throughout Massachusetts. As a Deputy U.S. Marshal, my duties also include the investigation of violations of federal firearms statutes, and I have participated in numerous investigations relating to the unlawful possession of firearms and ammunition.

2. Based on my training and experience as a Deputy U.S. Marshal, I am familiar with federal firearms laws. In this regard, I know that it is a violation of 18 U.S.C. §922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess in or affecting commerce any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce. As set forth below, there is probable cause to believe that Tyreek HALL violated 18 U.S.C. § 922(g)(1) by possessing ammunition on or about June 9, 2022 in Boston, MA.

3. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other law enforcement officers, witnesses, public records, and database checks. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not

set forth all of my knowledge about this matter.

**PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED**

4.      On or about June 9, 2022, at approximately 7:26 p.m., Boston Police Department ("BPD") officers assigned to the Youth Violence Strike Force ("YVSF") observed a group of 6 to 8 black males standing next to a white sedan in the area of 7 Elm Hill Park, Roxbury, Massachusetts.  As officers approached 7 Elm Hill Park, one of the black males broke from the group and ran onto a rear porch of 3 Elm Hill Park.  Several officers pursued the fleeing male, and additional officers approached the group, which included HALL.  An officer walked up to HALL and conducted a pat frisk of his person.  Upon frisking the waistline/groin area of HALL, the officer immediately felt an extended magazine protruding from the handle of a firearm. The officer alerted other YSVF officers to the presence of a firearm, which was subsequently removed from HALL's person.

5.      The firearm was subsequently identified as a green and black Glock-style 9x19mm caliber privately made firearm ("PMF"), [1] loaded with 7 rounds of 9mm ammunition, equipped with a laser sight and extended magazine.  Based upon a review of the ammunition by a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), I have learned that the ammunition was all manufactured outside of the Commonwealth of Massachusetts, and thus, had to travel in interstate or foreign commerce prior to their recovery on June 9, 2022.

6.      I am familiar with Tyreek HALL, who is twenty years old and is believed by

---

[1] A PMF is also commonly known as a "ghost gun."  ATF is also examining the PMF with regard to interstate commerce.

investigators to be a member/associate of the H-Block Raiders street gang in Boston. I have reviewed HALL's criminal record as maintained by the Massachusetts Criminal History Systems Board. According to those records, HALL was convicted in 2021 in the Dorchester District Court of assault with a dangerous weapon, a crime punishable by a term of imprisonment exceeding one year. As a result, I am aware that HALL is prohibited under federal law from possessing ammunition.

7. Based on the above, I believe that probable cause exists that on or about June 9, 2022, within the District of Massachusetts, Tyreek HALL violated 18 U.S.C. § 922(g)(1) by possessing ammunition as a prohibited person.

Signed electronically and sworn to electronically in accordance with Federal Rule of Criminal Procedure 4.1 on September 8, 2022.

Gerard Fernandez
Deputy U.S. Marshal
U.S. Marshals Service

Subscribed to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on September 8, 2022.

HONORABLE DONALD L. CABELL
UNITED STATES MAGISTRATE JUDGE

3